**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-6866**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES A. BUTLER,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CR-91-44)

———————————

Submitted:  September 30, 1998       Decided:  October 15, 1998

———————————

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

James A. Butler, Appellant Pro Se.  Howard Crawford Vick, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James A. Butler appeals from the district court's order denying his motion for the return of funds pursuant to Fed. R. Crim. P. 41(e). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Butler</u>, No. CR-91-44, (E.D. Va. May 15, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2